Myrtle Clareus, appellee, v. Samuel H. Rosenthal, appellant. Gen. No. 34,464.

Heard in

the first division of this court for the first district at the June term, 1930. Opinion filed November 3, 1930.

John A. Bloomingston, for appellant. C. Helmer Johnson, for appellee.

Mr. Justice McSurely delivered the opinion of the court.